O

# JS - 6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JAMES EDWARD WHALEY,

              Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

             Defendant.

) Case No. CV 10-7210-OP
)
)
) JUDGMENT
)
)
)
)
)
)

      Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

      IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security and dismissing this action with prejudice.

DATED: November 9, 2011

_____

HONORABLE OSWALD PARADA
United States Magistrate Judge